CHARLES H. BENDER et al., Respondents, *v.* R. WATSON TERWILLIGER, Individually and as Administrator of LIZZIE M. TERWILLIGER, Deceased, Appellant, Impleaded with Others.

*Bender* v. *Terwilliger*, 48 App. Div. 371, affirmed.
(Argued February 8, 1901; decided February 26, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 8, 1900, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term after a verdict, and an order denying a motion for a new trial.

*Andrew J. Nellis* for appellant.

*J. Murray Downs* and *Robert G. Scherer* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Absent: PARKER, Ch. J. Not voting: CULLEN, J.